■ A. IRVING AMARNICK, Doing Business as AMARNICK COMPANY, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 54164.)—Judgment of the Court of Claims, entered September 30, 1975, affirmed, without costs, on the opinion of Alpert, J. (84 Misc 2d 112). Koreman, P. J., Sweeney, Kane, Mahoney and Larkin, JJ., concur.